**Order entered November 13, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01313-CV

### MD MOSTAFA KAMAL, Appellant

### V.

### MASUMA KHATUN, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV18-00547-V**

## ORDER

Before the Court is Dallas County District Clerk Felicia Pitre's November 12, 2018 request for extension of time to file record. We **GRANT** the request and **ORDER** the clerk's record be filed no later than November 28, 2018.

/s/ DAVID EVANS
   JUSTICE